IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, PRAIRIE RIVERS NETWORK, MISSOURI COALITION FOR THE ENVIRONMENT, RIVER ALLIANCE OF WISCONSIN, GREAT RIVERS HABITAT ALLIANCE, and MINNESOTA CONSERVATION FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL THOMAS P. BOSTICK, Commanding General and Chief of Engineers, LT. GENERAL DUKE DELUCA, Commander of the Mississippi Valley Division of the Army Corps of Engineers,<br><br>Defendants. | CASE NO. 14-590-DRH-DGW |

HERNDON, District Judge:

GOOD CAUSE APPEARING from the parties' Stipulation that their previously filed testimony of Nicholas Pinter, Ph.D., Edward J. Brauer, P.E. and Michael G. Feldman be deemed the parties' witness testimony for purposes of the evidentiary hearing set for October 16, 2014, and that plaintiffs may present two lay witnesses to establish standing at that hearing, the parties' stipulation is hereby **APPROVED**.

    IT IS SO ORDERED.

    Dated: October 10, 2014

Digitally signed by David R. Herndon
Date: 2014.10.10 11:31:14 -05'00'

UNITED STATES DISTRICT COURT